UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| NORTHWEST ADMINISTRATORS INC., | CASE NO. C25-0612-KKE |
| Plaintiff(s), | ORDER TO SHOW CAUSE |
| v. | |
| SAN PEDRO FORKLIFT INC. , | |
| Defendant(s). | |

On May 6, 2025, Plaintiff filed a proof of service showing that Defendant was served with the complaint and summons on April 21, 2025.  Dkt. No. 6.  Since then, Plaintiff has not moved for entry of default, and Defendant has not appeared in this case.

Accordingly, the Court ORDERS Plaintiff to show cause as to why this case should not be dismissed for failure to prosecute.  Plaintiff must respond to this order or move for entry of default by **August 15, 2025**.  If Plaintiff does not comply with this order, the Court will dismiss this action without prejudice.

Dated this 30th day of July, 2025.

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 1