UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| NORTHWEST ADMINISTRATORS INC., | CASE NO. C25-0612-KKE |
|---|---|
| Plaintiff(s), | DISMISSAL ORDER |
| v. | |
| SAN PEDRO FORKLIFT INC., | |
| Defendant(s). | |

Plaintiff moves to voluntarily dismiss this case. Dkt. No. 9. As it appears that no issue remains for the Court's determination, the Court ORDERS that this action and all claims asserted herein are DISMISSED without prejudice and without costs to any party.

Dated this 5th day of August, 2025.

Kymberly K. Evanson
United States District Judge

DISMISSAL ORDER - 1